IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOHN W. PIEPER, | ) | 4:18CV3018 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| NEBRASKA DEPARTMENT OF CORRECTIONS, *et al.*, | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for extension of time (Filing No. 11) is granted, and, accordingly, that:

1. Plaintiff shall have an additional 30 days in which to file an Amended Complaint that states a claim upon which relief may be granted.

2. The clerk of the court is directed to set the following pro se case management deadline: June 4, 2018: check for amended complaint.

DATED this 3rd day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge